**Anthony Jesus SANDERS, Plaintiff–Appellant,**

v.

**James P. BOHNAKER, Clerk of Court, Defendant–Appellee,**

and

**Christopher W. HUTTON, Defendant.**

No. 04–7704.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 9, 2004.

Decided: Dec. 17, 2004.

Anthony Jesus Sanders, Appellant pro se.

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Anthony Jesus Sanders appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Sanders v. Bohnaker,* No. CA-03-942-1 (E.D. Va. filed Aug. 6, 2003 & entered August 8, 2003; filed Sept. 28, 2004 & entered Sept. 30, 2004). Sanders' motion to dismiss James P. Bohnaker as a party to the appeal is denied as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*